PLAINTIFF/PETITIONER/MOVANT'S NAME
GREGORY LEE GRAY
PRISON NUMBER
J05459

PLACE OF CONFINEMENT
H.D.S.P., B-2-213
P.O. BOX 3030, (HIGH DESERT STATE PRISON)
ADDRESS

(SAME AS ABOVE)



FILED
2008 JUN 26 PM 3:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# United States District Court
## Southern District Of California

GREGORY LEE GRAY,
Plaintiff/Petitioner/Movant

v.

JOHN DOE HEAD DIRECTOR OF CDCR,
ROBERT HERNANDEZ, WARDEN, K. STERLING,
E. MARRERO, AND A.R. PETERSON ALL OF
R.J. DONOVAN CORR-
ECTIONAL FACILITY, et al.,
Defendant/Respondent

Civil No. '08 CV 1147 JM LSP
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? [X] Yes [ ] No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?         [X] Yes [ ] No
   Do you receive any payment from the institution?   [ ] Yes [X] No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                 ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? [X] Yes [ ] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   <u>I'M A PORTER AT HIGH DESERT STATE PRISON AND THEY DO NOT PAY ME.</u>

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   <u>JUNE 18, 2007, I WAS IN PIA INDUSTRY LAUNDRY AND I WAS RECEIVING 45¢ AN HOUR. AND AT REGULAR PAY PER MONTHLY AVERAGE I MADE $47.25. HOWEVER, WHEN I WORKED OVERTIME I WOULD MAKE $76.00 TO $78.00.</u>

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    [ ] Yes [X] No
   b. Rent payments, royalties interest or dividends   [ ] Yes [X] No
   c. Pensions, annuities or life insurance            [ ] Yes [X] No
   d. Disability or workers compensation               [ ] Yes [X] No
   e. Social Security, disability or other welfare     [ ] Yes [X] No
   e. Gifts or inheritances                            [ ] Yes [X] No
   f. Spousal or child support                         [ ] Yes [X] No
   g. Any other sources                                [ ] Yes [X] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
                                                       Ø

4. Do you have any checking account(s)? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? [ ] Yes [X] No
   a. Make:            Year:            Model:
   b. Is it financed? [ ] Yes [X] No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   [ ] Yes  [X] No
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  CANDACE M. GRAY AGE 24 (DAUGHTER)

   RACHEL LEWIS AGE 13 (DAUGHTER)

   I HAVE NOT BEEN ABLE TO GIVE THEM ANY MONEY OR SUPPORT.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   I THINK I AM IN CREDIT DEBT, BUT NOT KNOWN AT THIS TIME AS TO WHO WHEN. OR WHERE OR HOW MUCH.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    I DO NOT HAVE ANY OTHER SOURCE OF INCOME.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 6-22-2008

/Gregory Lee Gray/
SIGNATURE OF APPLICANT

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _____GREGORY LEE GRAY_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 6-22-2008                 _Gregory Lee Gray_
                               SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                    -5-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I the Undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that [X] I am [ ] am not a party to this action, and that on the 22th day of June, 2008, I served a true and complete copy of the following:

```
(                                                              )
(        MOTION AND DECLARATION UNDER                          )
(        PENALTY OF PERJURY IN SUPPORT                         )
(        OF MOTION TO PROCEED IN FORMA                         )
(        PAUPERIS.                                             )
(                                                              )
(_____)
```

By handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address(es):

```
( U.S. DISTRICT COURT                                          )
( SOUTHERN DISTRICT OF CALIFORNIA                              )
( OFFICE OF THE CLERK                                          )
( 880 FRONT STREET, SUITE 4290                                 )
( SAN DIEGO, CALIFORNIA                                        )
(            92101-8900.                                       )
(_____)
```

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON           June 22, 2008              , in Susanville, California.


GREGORY LEE GRAY        /s/ Gregory Lee Gray
   (Print Name)            (Signature)