# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

GREGORY LEE GRAY,

Plaintiff,

v.

ROBERT HERNANDEZ et al.,

Defendants.

CASE NO. 08 CV 1147 JM (AJB)

**ORDER DENYING MOTION TO CORRECT AS MOOT**

**Doc. No. 36**

Plaintiff, appearing *pro se* and *in forma pauperis*, initiated this action under 42 U.S.C. § 1983 on June 26, 2008. On July 1, 2009, nunc pro tunc, Plaintiff filed a reply to the magistrate judge's Report and Recommendation. (Doc. No. 33.) A discrepancy order issued indicating Plaintiff's reply lacked the required proof of service. (Doc. No. 32.) On July 20, 2009, nunc pro tunc, Plaintiff submitted the instant motion requesting the court enter that proof of service. (Doc. No. 36.) However, the court now notes the discrepancy order was issued in error as Plaintiff's reply was properly accompanied by a proof of service. Therefore, Plaintiff's current request for a correction is moot and the motion is therefore **DENIED**.

**IT IS SO ORDERED.**

DATED: July 31, 2009

Hon. Jeffrey T. Miller
United States District Judge