**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GRAY                          v. HERNANDEZ                          No. 08-1147-JM(WVG)

HON. WILLIAM V. GALLO     CT. DEPUTY J. YAHL              RPTR.

Attorneys

Plaintiffs                                                    Defendants

Plaintiff's Motions and Requests To Obtain Declarations And Affidavits From Witnesses Under Rule 56(f) (Doc. Nos. 70, 71) are DENIED.

Telephone conferences between Plaintiff and the witnesses he has designated in the Motions are not necessary for him to obtain the witnesses' declarations or affidavits. Plaintiff may obtain the desired declarations or affidavits by mail, after he obtains from prison officials, permission to communicate by mail with other inmates housed at other institutions.

DATED: March 23, 2010

Hon. William V. Gallo
U.S. Magistrate Judge