# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE GRAY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT HERNANDEZ, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 08 CV 1147 JM (WVG)<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Doc. No. 72 |

Plaintiff previously sought to file an amended complaint without leave of court, but that document was rejected for failure to comply with court rules. (*See* Doc. No. 67). Pending now before the court is Plaintiff's motion for leave to file an amended complaint. (Doc. No. 72). Defendants have filed a notice of non-opposition. (Doc. No. 73). Accordingly, the court GRANTS the motion. Plaintiff shall file his first amended complaint no later than April 16, 2010. The first amended complaint "must be retyped and filed so that it is complete in itself without reference to the superseded pleading." CivLR 15.1.

**IT IS SO ORDERED.**

DATED: March 23, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　United States District Judge